William Scott ASHWELL

v.

STATE of Mississippi;

William Scott Ashwell

v.

State of Mississippi

2015–CT–00023–SCT, 2015–CT–00626–SCT

Supreme Court of Mississippi.

Filed: 11/21/2016

Closed: 01/26/2017

Motion Desc: Petition for Writ of Certiorari

Certiorari—Granted

Alvin BROWN

v.

STATE of Mississippi

2014–CT–00331–SCT

Supreme Court of Mississippi.

Filed: 11/22/2016

Closed: 01/26/2017

Motion Desc: Petition for Writ of Certiorari

Certiorari—Granted